AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00299 |
| Herbert Baylor | ) Assigned To : Judge G. Michael Harvey |
| DOB: XX/XX/XXXX | ) Assign. Date : 9/20/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 3 to September 19, 2024  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit an Offense |
| 18 U.S.C. §§ 201(b)(2) | Bribery of a Public Official |
| 18 U.S.C. §§ 1791(a)(1) | Providing Contraband in Prison |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Garrett Churchill
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/20/2024

_____
*Judge's signature*

Judge G. Michael Harvey
*Printed name and title*

City and state:  Washington, D.C.